IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MICFO, LLC, | Civil Action No. 2:18-cv-01653-DCN |
| Plaintiff, | |
| vs. | |
| ERINN LARKIN and VICTORIA LATHAM, | |
| Defendants. | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| ERINN LARKIN, VICTORIA LATHAM | |
| Third-Party Plaintiffs, | |
| vs. | |
| AMIR GOLESTAN, individually, | |
| Third-Party Defendant. | |

M. Kathleen McTighe Mellen, appearing for Plaintiff and Counterclaim Defendant Micfo, LLC and Third-Party Defendant Amir Golestan, hereby requests that this Court grant her protection from Court appearances for February 1, 2019 through February 12, 2019. The request for the protection is based upon out-of-country vacation plans with her family.

*[SIGNATURE ON FOLLOWING PAGE]*

NELSON MULLINS RILEY & SCARBOROUGH LLP


By: /s/ M. Kathleen McTighe Mellen
    Merritt G. Abney
    Federal Bar No. 9413
    E-Mail: merritt.abney@nelsonmullins.com
    John C. McElwaine
    Federal Bar No. 6710
    E-Mail: john.mcelwaine@nelsonmullins.com
    M. Kathleen McTighe Mellen
    Federal Bar No. 11652
    E-Mail: katie.mellen@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

*Attorneys for Micfo, LLC and Amir Golestan*

Charleston, South Carolina

January 8, 2019