## Barrett Brewer

| | |
|---|---|
| From: | Barrett Brewer |
| Sent: | Saturday, December 15, 2018 12:51 PM |
| To: | Lisa_Richberg@scd.uscourts.gov; Katie Mellen |
| Cc: | adam@kmlawsc.com; John McElwaine; Merritt Abney |
| Subject: | RE: Micfo LLC v Larkin et al 2:18cv1653 DCN |

I can't recall if I responded to this or not, but I meant to on Friday. I actually was in communication with plaintiffs attorney on Thursday or Friday about this very issue, asking them what they thought the timeline was for their final review of the documents. The discussion that we had, in the agreement that I believe the parties have reached, so long as the Court consents, is that the plaintiffs will review the ESI production, which both defendants have currently complied with. Upon reviewing the same, they will determine whether or not we can reach an agreement to resolve this case or not. If we cannot reach an arrangement resolve this case, that we will need to work with the Court on the scheduling order to include deadlines for the defendants responses to plaintiff's outstanding motion to dismiss as well as a time to argue the same.

If you have any questions about this please not hesitate to call me. Thank you so much for reaching out and I hope this answers your questions.

Barrett

From: Lisa_Richberg@scd.uscourts.gov <Lisa_Richberg@scd.uscourts.gov>
Sent: Thursday, December 13, 2018 11:31 AM
To: Katie Mellen <katie.mellen@nelsonmullins.com>
Cc: adam@kmlawsc.com; Barrett Brewer <barrett@brewerlawfirmsc.com>; John McElwaine <john.mcelwaine@nelsonmullins.com>; Merritt Abney <merritt.abney@nelsonmullins.com>
Subject: RE: Micfo LLC v Larkin et al 2:18cv1653 DCN

Dear counsel,

At your earliest convenience, would you let me know the status of this matter, please? Thank you.

Best regards,

Lisa Richberg, Judicial Assistant
Chambers of Honorable David C. Norton
United States District Court
(843) 579-1450


From: Katie Mellen <katie.mellen@nelsonmullins.com>
To: "Lisa_Richberg@scd.uscourts.gov" <Lisa_Richberg@scd.uscourts.gov>
Cc: John McElwaine <john.mcelwaine@nelsonmullins.com>, Merritt Abney <merritt.abney@nelsonmullins.com>, "adam@kmlawsc.com" <adam@kmlawsc.com>, "barrett@brewerlawfirmsc.com" <barrett@brewerlawfirmsc.com>
Date: 11/01/2018 03:17 PM
Subject: RE: Micfo LLC v Larkin et al 2:18cv1653 DCN

1

<span style="color:red">Exhibit A</span>

Lisa, by way of a status update, the parties are still working together to complete the review of the results of the forensic examination of Defendant's devices and accounts. The project as a whole is taking more time than anticipated and the parties are in agreement that the abeyance of the currently pending motions should be extended beyond November 9 as originally requested. Please let us know if an extension of the abeyance by three weeks, until November 30, is acceptable to the Court. We hope that will be sufficient time for the parties to complete this project which may aid in early resolution of this case.

Thank you, and we are happy to provide additional information if needed.

Katie Mellen

M. KATHLEEN MCTIGHE MELLEN  ASSOCIATE
katie.mellen@nelsonmullins.com
LIBERTY CENTER | SUITE 600
151 MEETING STREET | CHARLESTON, SC 29401
T 843.534.4255   F 843.534.4392
NELSONMULLINS.COM    VCARD   VIEW BIO

---

**From:** Katie Mellen
**Sent:** Friday, October 12, 2018 10:39 AM
**To:** John McElwaine <john.mcelwaine@nelsonmullins.com>; Lisa_Richberg@scd.uscourts.gov; Merritt Abney <merritt.abney@nelsonmullins.com>; adam@kmlawsc.com; barrett@brewerlawfirmsc.com
**Subject:** RE: Micfo LLC v Larkin et al 2:18cv1653 DCN

Lisa, we anticipate the motions will need to be held in abeyance for 4 weeks, until Friday, November 9, to allow for the completion of the forensic examination of devices and accounts and review of the results. We will touch base with the Court if it seems the project is taking more or less time than anticipated. Please let us know if this is acceptable, or if you need any additional information.

Thank you,

Katie Mellen

M. KATHLEEN MCTIGHE MELLEN  ASSOCIATE
katie.mellen@nelsonmullins.com
LIBERTY CENTER | SUITE 600
151 MEETING STREET | CHARLESTON, SC 29401
T 843.534.4255   F 843.534.4392
NELSONMULLINS.COM    VCARD   VIEW BIO

---

**From:** John McElwaine
**Sent:** Wednesday, October 10, 2018 12:34 PM
**To:** Lisa_Richberg@scd.uscourts.gov; Katie Mellen <katie.mellen@nelsonmullins.com>; Merritt Abney <merritt.abney@nelsonmullins.com>; adam@kmlawsc.com; barrett@brewerlawfirmsc.com
**Subject:** RE: Micfo LLC v Larkin et al 2:18cv1653 DCN

Dear Lisa,

We have a call with the forensic investigator this afternoon and will be sure to cover this topic with him. We will be back with you on this issue.

Exhibit A

Kind regards,

John

JOHN C. MCELWAINE  PARTNER
john.mcelwaine@nelsonmullins.com
LIBERTY CENTER | SUITE 600
151 MEETING STREET | CHARLESTON, SC 29401
T 843.534.4302    F 843.722.8700
101 CONSTITUTION AVENUE, NW | SUITE 900
WASHINGTON, D.C., 20001
T 202.689.2939    F 202.689.2862
NELSONMULLINS.COM    VCARD  VIEW BIO

From: Lisa_Richberg@scd.uscourts.gov [mailto:Lisa_Richberg@scd.uscourts.gov]
Sent: Wednesday, October 10, 2018 11:05 AM
To: John McElwaine <john.mcelwaine@nelsonmullins.com>; Katie Mellen <katie.mellen@nelsonmullins.com>; Merritt Abney <merritt.abney@nelsonmullins.com>; adam@kmlawsc.com; barrett@brewerlawfirmsc.com
Subject: Micfo LLC v Larkin et al 2:18cv1653 DCN

Dear counsel,

Judge Norton agrees to hold the pending motions in abeyance while the electronic devices are examined. Do the parties have a deadline in mind for this abeyance? Thank you!

Best regards,

Lisa Richberg, Judicial Assistant
Chambers of Honorable David C. Norton
United States District Court
(843) 579-1450

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.