# Barrett Brewer

**From:** John McElwaine <john.mcelwaine@nelsonmullins.com>
**Sent:** Tuesday, February 12, 2019 7:53 AM
**To:** Barrett Brewer
**Cc:** Merritt Abney; Katie Mellen; Meredith Ridley; Lydia Spry
**Subject:** RE: Micfo vs. Latham

Barrett,

I wanted to provide you a quick update. We discussed your letter with Mr. Golestan and he is going to get back to us. I am traveling to an out of town mediation and not be back until Thursday afternoon.

Best,

John

**From:** Melissa Carlton [mailto:melissa@brewerlawfirmsc.com]
**Sent:** Monday, February 4, 2019 7:57 PM
**To:** John McElwaine <john.mcelwaine@nelsonmullins.com>
**Cc:** Merritt Abney <merritt.abney@nelsonmullins.com>; Katie Mellen <katie.mellen@nelsonmullins.com>; Meredith Ridley <Meredith.Ridley@nelsonmullins.com>; Lydia Spry <Lydia.Spry@nelsonmullins.com>
**Subject:** Micfo vs. Latham

Good Evening,

Please see the attached in regard to the above referenced matter. A hardcopy of the same will be following in the mail.

Thanks so much!

**Melissa D. Carlton**
**Paralegal to Barrett R. Brewer, Esq.**



Post Office Box 1847, Mount Pleasant, SC 29465-1847
d: (843) 779-7408 / o: (843) 779-7454 / f: (843) 779-7456
Email: melissa@brewerlawfirmsc.com

This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, please immediately contact Melissa D. Carlton (843) 779-7408 or Melissa@brewerlawfirmsc.com and please delete the original transmittal of this information.

1

Exhibit C

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

Exhibit C