IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MICFO, LLC, | ) | Civil Action No. 2:18-CV-01653-DCN |
| Plaintiff, | ) | |
| vs. | ) | |
| ERINN LARKIN and VICTORIA LATHAM, | ) | CONSENT ORDER |
| Defendants. | ) | |
| ERINN LARKIN, VICTORIA LATHAM | ) | |
| Third-Party Plaintiffs, | ) | |
| vs. | ) | |
| AMIR GOLESTAN, individually, | ) | |
| Third-Party Defendant. | ) | |

With the consent of the Parties, the Court hereby orders as follows:

1. That mediation shall take place within sixty (60) days of the date of this order, although the Parties may extend this deadline by agreement;

2. That Micfo, LLC shall place Sentinel Insurance Company, Limited/The Hartford, on notice of the counterclaims of both Defendants Latham and Larkin;

3. That if a settlement cannot be reached at mediation, then the Parties will jointly request a hearing to take place as soon as possible regarding whether a stay of discovery should remain in place until the criminal cases against Micfo, LLC and Amir Golestan are resolved;

4. That discovery in this case shall be stayed until the Court rules on whether the stay should remain in place during the criminal proceedings described in Paragraph 3.

[SIGNATURES ON FOLLOWING PAGE]

2

**VICTORIA LATHAM SO STIPULATES:**

By: /s/ Barrett R. Brewer
    Barrett R. Brewer
    Federal Bar No. 8081
    E-Mail: barrett@brewerlawfirmsc.com
    BREWER LAW FIRM, LLC
    Post Office Box 1847
    Mt. Pleasant, SC  29465
    (843) 779-7454

*Counsel for Victoria Latham*

**ERINN LARKIN SO STIPULATES:**

By: /s/ Adam Mlynarczyk
    Adam Mlynarczyk
    Federal Bar No. 8070
    E-Mail: adam@kmlawsc.com
    KOONTZ MLYNARCZYK, LLC
    1058 East Montague Avenue
    North Charleston, SC  29405
    (843) 225-4252

*Counsel for Erinn Larkin*

**MICFO, LLC SO STIPULATES:**

By: /s/ Merritt G. Abney
    Merritt G. Abney
    Federal Bar No. 9413
    E-Mail: merritt.abney@nelsonmullins.com
    John C. McElwaine
    Federal Bar No. 6710
    E-Mail: john.mcelwaine@nelsonmullins.com
    M. Kathleen McTighe Mellen
    Federal Bar No. 11652
    E-Mail: katie.mellen@nelsonmullins.com
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

*Counsel for Micfo, LLC*