IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| MICFO, LLC, | CIVIL ACTION NO. 2:18-cv-01653-DCN |
| Plaintiff, | |
| v. | MOTION FOR ORDER OF PROTECTION |
| Victoria Latham and Erinn Larkin, | |
| Defendants, | |
| Erinn Larkin, | |
| Third-Party Plaintiff, | |
| v. | |
| Amir Golestan, individually, | |
| Third-Party Defendant. | |

**YOU WILL PLEASE TAKE NOTICE** that pursuant to Local rule 6.02 D.S.C., the Plaintiff, above-named, by and through his undersigned counsel, respectfully moves the Court for an Order of Protection for Adam Mlynarczyk, Esquire for September 23, 2019 through September 27, 2019 when he is scheduled to be out of town for vacation.

The protection from court appearances is not being designated for purpose of delaying, hindering, or interfering with the timely disposition of any matter in any pending action or proceeding.

1

2

The undersigned hereby certifies and affirms in accordance with Local Civil rule 7.02 DSC that he consulted with opposing counsel and they do not oppose this motion.

          Respectfully,

          KOONTZ MLYNARCZYK, LLC

          /s/ Adam Mlynarczyk
          Adam Mlynarczyk (Fed ID 8070)
          KOONTZ MLYNARCZYK, LLC
          1058 East Montague Avenue
          North Charleston, South Carolina 29405
          T: (843) 225-4252
          F: (843) 277-9120
          E: adam@kmlawsc.com
          Attorneys for Plaintiff

June 27, 2019
North Charleston, South Carolina