IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MICFO, LLC, | ) | Civil Action No. 2:18-cv-01653-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Erinn Larkin and Victoria Latham, | ) | **SUGGESTION OF BANKRUPTCY** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Erinn Larkin, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Amir Golestan, individually, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

YOU WILL PLEASE TAKE NOTICE that the Third-Party Defendant, Amir Golestan filed a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court, District of South Carolina on October 28, 2019 as Bankruptcy Case Number 19-05657.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Merritt G. Abney
        Merritt G. Abney (Federal Bar No. 9413)
        E-Mail: merritt.abney@nelsonmullins.com
        John C. McElwaine (Federal Bar No. 6710)
        E-Mail: john.mcelwaine@nelsonmullins.com
        M. Kathleen McTighe Mellen (Federal Bar No. 11652)
        E-Mail: katie.mellen@nelsonmullins.com
        151 Meeting Street / Sixth Floor
        Post Office Box 1806 (29402-1806)
        Charleston, SC  29401-2239
        (843) 853-5200

        *Attorneys for Micfo, LLC and Amir Golestan*

Charleston, South Carolina
November 14, 2019