**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

MICFO, LLC,
Plaintiff,

vs.

Erinn Larkin and Victoria Latham,

Defendants.

---

Erinn Larkin and Victoria Latham

Third Party Plaintiffs

vs.

Amir Golestan, individually,

Third Party Defendant.

---

C.A. No. 2:18-1653-RMG

**ORDER**

Per consent of all parties to the above captioned action[1], this case is hereby dismissed *without prejudice* subject to the following conditions:

1. Any party to this action may move to restore this case or any claim set forth herein to the docket within one year of the date of this order;

[1] Third Party Defendant Amir Golestan has filed for bankruptcy. The Trustee in Bankruptcy consented to this dismissal. (Dkt. No. 67-1 at 2). The remaining parties consented through their counsel of record. (Dkt. Nos. 67, 68, and 69).

2. Should any party restore any portion of this case to the docket with less than 20 days before the expiration of the one year period set forth in Paragraph 1, the remaining parties will have 20 days to restore their claims; and

3. The statute of limitations is hereby tolled during the one year and up to 20 day period referenced in Paragraphs 1 and 2 above.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
United States District Judge

June 1, 2020
Charleston, South Carolina